# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0038.  JENNIE CASADAY v. NIALL JOHNSTON.**

Upon consideration of the APPELLANT'S Third Motion to Extend Time to File Application for Discretionary Appeal in the above styled case, it is ordered that the motion is hereby GRANTED, which will extend the due date until April 15, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/16/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*